■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT COLEMAN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Broomer, J.), rendered May 25, 1984, convicting him of reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People, it was legally sufficient to support the defendant's conviction (see, People v Malizia, 62 NY2d 755, cert denied 469 US 932).

Upon the exercise of our factual review power we are satisfied that the defendant's guilt was established beyond a reasonable doubt and that the verdict was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's other contentions are either without merit or unpreserved for appellate review. Brown, J. P., Eiber, Kunzeman and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOLLIS CREEL, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Kings County (Krausman, J.), both rendered December 12, 1985, convicting him of two counts of robbery in the first degree (one count as to each indictment), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.